IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:24-CR- 443 (BKS) |
| v. | ) **Indictment** | |
| **KAI SHENG HUANG,** | ) Violation(s): | 8 U.S.C. § 1326(a) [Illegal Re-entry] |
| | ) 1 Count | |
| **Defendant.** | ) County of Offense: | Jefferson |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Nov 06 - 2024
John M. Domurad, Clerk

### THE GRAND JURY CHARGES:

**COUNT 1**
**[Illegal Reentry]**

On or about October 29, 2024, in Jefferson County in the Northern District of New York, the defendant, **KAI SHENG HUANG,** an alien, native and citizen of Canada, who had been removed from the United States, attempted to reenter the United States at the Alexandria Bay Port of Entry, without having obtained the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

**PRIOR CONVICTION ALLEGATION**

Before the defendant, **KAI SHENG HUANG,** committed the offense charged in this count, the defendant had final prior convictions for an aggravated felony, that is, conspiracy to distribute a controlled substance, in violation of 21 U.S.C. § 846, and possession of a controlled

substance with the intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), in the United States District Court for the Central District of Illinois, on or about May 18, 2007.

By virtue of these prior convictions, the defendant is subject to the enhanced penalty provisions in Title 8, United States Code, Section 1326(b)(2).

Dated: November 6, 2024

A TRUE BILL, *NAME REDACTED*

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Jonathan S. Reiner
Assistant United States Attorney
Bar Roll No. 702645

2